**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 237 MAL 2018

         Respondent         :

                          :    Petition for Allowance of Appeal from

                          :    the Order of the Superior Court

         v.                     :

                          :

DAVID LESLIE BARKSDALE,         :

                          :

         Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.  The Application for Leave to Withdraw as Counsel is **GRANTED**.